## Ex parte Claude PRIVITT.
### No. 17298.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

Rehearing Denied Jan. 2, 1935.

Davenport & Loftin, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This is a companion case to Ex parte Claude Privitt, 77 S. W.(2d) 663, opinion this day handed down, the only difference being that the juror approached in this case was a different man from the one approached in that case. What we have said in the opinion in that case applies with equal force here. The judgment holding appellant in contempt is affirmed and the relator is remanded.

## Ex parte Claude PRIVITT.
### No. 17299.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

Rehearing Denied Jan. 2, 1935.

Davenport & Loftin, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This is a companion case to Ex parte Claude Privitt, 77 S. W.(2d) 663, opinion this day handed down, the only difference being that the juror in this case is a different man from the one involved in the case upon which we have written at length. The judgment is affirmed and relator is remanded.